PER CURIAM.

We have carefully considered the appeal and cross appeal in this diversity personal injury suit, and conclude that the trial court committed no prejudicial error.

The judgment is affirmed on both the appeal and cross appeal.

■

Kate Ragan KEARNS, Katherine Kearns Cheek, and Amos Ragan Kearns, Charles Leslie Kearns, and Katherine Kearns Cheek, Executors and Trustees under the Will of Gurney H. Kearns, Deceased, Appellees,

v.

GAY APPAREL CORPORATION, Appellant.

Kate Ragan KEARNS, Katherine Kearns Cheek, and Amos Ragan Kearns, Charles Leslie Kearns, and Katherine Kearns Cheek, Executors and Trustees under the Will of Gurney H. Kearns, Deceased, Appellants,

v.

GAY APPAREL CORPORATION, Appellee.

Nos. 9681, 9682.

United States Court of Appeals
Fourth Circuit.

Argued Feb. 3, 1965.

Decided Feb. 5, 1965.

Alexander H. Slaughter (W. Gibson Harris and Battle, Neal, Harris, Minor & Williams, Richmond, Va., on brief), for appellant in No. 9681 and appellee in No. 9682.

Hubert Humphrey, Greensboro, N. C. (McLendon, Brim, Holderness & Brooks, Greensboro, N. C., on brief), for appellees in No. 9681 and appellant in No. 9682.

Before BRYAN and BELL, Circuit Judges, and CHRISTIE, District Judge.

PER CURIAM:

Upon consideration of the record and the arguments of counsel, on brief and orally, we perceive no error in the judgment of the District Court, and accordingly it will be affirmed, D.C., 232 F. Supp. 475.

Affirmed.

■

Hughes Alonzo ROBINSON, Appellant

v.

Tommy C. MANN, Trustee, et al.,
Appellees.

No. 21370.

United States Court of Appeals
Fifth Circuit.

Feb. 16, 1965.

For former opinion, see 5 Cir., 339 F.2d 547.

Hughes Alonzo Robinson, pro se.

George E. Saliba, E. S. Sell, Jr., William Joseph Patterson, Jr., and John D. Comer, Macon, Ga., for appellees.

Before TUTTLE, Chief Judge, BELL, Circuit Judge, and WHITEHURST, District Judge.

PER CURIAM:

It is ordered that the petitions for rehearing in the above entitled and numbered cause filed, respectively, by appellant, Hughes Alonzo Robinson, and by appellee, Citizens and Southern National Bank, be, and the same are, hereby denied.